MAILED TO COUNSEL - 4/29

☐ ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

RECEIVED
APR 28 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750
Leslie.Ramirez-Fisher@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

FELIX L. COLON,

        Plaintiff,

    - v. -

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

        Defendant.

- - - - - - - - - - - - - - - - x

STIPULATION AND ORDER
08 Civ. 1925 (LAP)

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff *pro se*, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from May 6, 2008 to and including July 7, 2008.  The reason for the request is because the

defendant's counsel has not yet been able to complete her review of the administrative record. No prior extension has been requested in this case.

Dated: New York, New York
April 20, 2008

                                       *[signature]*
                                       FELIX L. COLON
                                       Plaintiff pro se
                                       2327 Andrews Avenue
                                          Apt. #32
                                       Bronx, New York   10468
                                       Telephone No.: (646) 853-7220

                                       MICHAEL J. GARCIA
                                       United States Attorney
                                       Southern District of New York
                                       Attorney for Defendant

                           By: *[signature]*
                                       LESLIE A. RAMIREZ-FISHER
                                       Assistant United States Attorney
                                       86 Chambers Street - 3rd Floor
                                       New York, New York   10007
                                       Telephone No.: (212) 637-0378

SO ORDERED:

*[signature]*
UNITED STATES DISTRICT JUDGE

April 28, 2008