MAILED TO pltff/COUNSEL

U.S. Department of Justice

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

86 Chambers Street
New York, New York 10007

July 2, 2008

By Hand

Honorable Loretta A. Preska
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

RECEIVED

LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

      Re:    Felix Colon v. Astrue
              08 Civ. 1925 (LAP)

Dear Judge Preska:

      This Office represents the Commissioner of Social Security, defendant in the above-referenced action. During my preparation of the government's response to the complaint, I encountered several issues that require additional factual investigation before submitting the government's response. Therefore, I respectfully request an extension of thirty days from July 7, 2008, until August 6, 2008, to respond to the complaint.

      This is defendant's second request for an extension of time to answer the complaint, which was originally due on May 6, 2008. Plaintiff pro se has kindly consented to this request.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

July 3, 2008

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Felix Colon, Plaintiff Pro Se (By Federal Express)

2