MAILED TO COUNSEL

ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY F...
DOC #: _____
DATE FILED: 7/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
FELIX L. COLON,               :
                              :
            Plaintiff,        :
                              :
      - v. -                  :
                              :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,            :
Commissioner of               :   08 Civ. 1925 (LAP)(KNF)
Social Security,              :
                              :
            Defendant.        :
                              :
- - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for



RECEIVED
JUL 17 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

further administrative proceedings. The Clerk is directed to enter judgment. See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Dated: New York, New York
July 11, 2008

                        FELIX L. COLON
                        Plaintiff <u>pro se</u>
                        2327 Andrews Avenue
                          Apt.#32
                        Bronx, New York  10468
                        Telephone No.: (646) 853-7220

                        MICHAEL J. GARCIA
                        United States Attorney
                        Southern District of New York
                        Attorney for Defendant

                    By: LESLIE A. RAMIREZ-FISHER
                        Assistant United States Attorney
                        86 Chambers Street - 3rd Floor
                        New York, New York  10007
                        Telephone No.: (212) 637-0378
                        Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED:

Loretta A. Preska
UNITED STATES DISTRICT JUDGE

July 17, 2008